Argued April 19, reversed and remanded
for trial May 7, 1979

STATE OF OREGON, *Appellant,*
*v.*
DAVID DOUGLAS SWIGERT, *Respondent.*
(No. 383, CA 12639)
593 P2d 1302

James M. Brown, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Marianne Bottini, Deputy Public Defender, Salem, argued the cause for respondent. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Before Schwab, Chief Judge, and Thornton, Buttler and Joseph, Judges.

PER CURIAM

## PER CURIAM

The state appeals from the trial court order suppressing evidence on the ground that the affidavit for a search warrant which led to its seizure did not contain a sufficient statement of probable cause. Although it was not artfully drawn, we deem it sufficient. *State v. Tidyman,* 30 Or App 537, 541, 568 P2d 666, *rev den* (1977).

Reversed and remanded for trial.